1  XAVIER BECERRA
   Attorney General of California
2  JOHN SAURENMAN
   Senior Assistant Attorney General
3  DAVID G. ALDERSON
   Acting Supervising Deputy Attorney General
4  TARA L. MUELLER
   Deputy Attorney General
5  State Bar No. 161536
    1515 Clay Street, 20th Floor
6   P.O. Box 70550
    Oakland, CA  94612-0550
7   Telephone:  (510) 879-0754
    Fax:  (510) 622-2270
8   E-mail:  Tara.Mueller@doj.ca.gov
   *Attorneys for Plaintiff San Francisco Bay*
9  *Conservation & Development Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO BAY CONSERVATION AND DEVELOPMENT COMMISSION,**<br><br>Plaintiff,<br><br>and<br><br>**SAN FRANCISCO BAYKEEPER,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL TODD T. SEMONITE, IN HIS OFFICIAL CAPACITY; LIEUTENANT COLONEL JOHN C. MORROW, IN HIS OFFICIAL CAPACITY; AND DOUGLAS J. LAMONT, ASSISTANT SECRETARY OF THE ARMY FOR CIVIL WORKS, IN HER OFFICIAL CAPACITY,**<br><br>Defendants. | Case No. C 3:16-CV-05420-RS<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER**<br><br>Date: May 25, 2017<br>Time: 10:00 a.m.<br>Location: Courtroom 3, 17th Floor<br>Action Filed: September 22, 2016 |

Plaintiff San Francisco Bay Conservation and Development Commission ("Commission"), Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"), and Defendants United States Army Corps of Engineers, Lieutenant General Todd T. Semonite, Lieutenant Colonel John C. Morrow, and Douglas J. LaMont (hereafter "Federal Defendants"), by and through their counsel of record, hereby submit the following stipulation to continue the case management conference:

**WHEREAS**, this Court granted the motion to intervene of San Francisco Baykeeper as a plaintiff-intervenor on April 25, 2017;

**WHEREAS**, Federal Defendants circulated to the Commission, who in turn circulated to Baykeeper, a draft index to the administrative record on April 28, 2017;

**WHEREAS**, on May 15, 2017, the Commission and Baykeeper sent to Federal Defendants a detailed list of general and specific questions concerning the scope and content of the draft index to the administrative record;

**WHEREAS**, the Commission has informed the parties that it intends to move to file a supplemental complaint pursuant to Federal Rule of Civil Procedure Rule 15(d), and Federal Defendants have agreed to consider stipulating to allow the Commission to file a supplemental complaint, which will affect the scope and content of the administrative record;

**WHEREAS**, the parties have begun the process of discussing the scope and content of the administrative record, the Commission's proposed filing of a supplemental complaint and other matters and have scheduled a further, more substantive discussion on the administrative record on June 5, 2017;

**WHEREAS**, in light of the foregoing, the parties have collectively determined that the best course of action at this stage is to stipulate to continue the case management conference for several weeks to allow the parties sufficient time to determine whether they will be able to reach an agreement on the scope and content of the administrative record, or whether plaintiff and plaintiff-intervenor will need to file a motion to supplement the administrative record, and for Federal Defendants to determine whether they will agree to stipulate to the filing of the Commission's supplemental complaint or whether the Commission will need to file a motion to supplement the complaint.

**NOW THEREFORE, IN LIGHT OF THE FOREGOING RECITALS, THE PARTIES HEREBY STIPULATE AS FOLLOWS**:

That the case management conference currently scheduled for May 25, 2017 at 10:00 am in this Court be continued to June 29, 2017 at 10:00 am, or such other later date as may be convenient for the Court, to allow the parties to continue to meet and confer regarding the scope and content of the administrative record, the filing of a supplemental complaint and other issues concerning this litigation, to ensure that the further case management conference is maximally productive with respect to the issues to be decided at this stage of the litigation.

Dated: May 18, 2017

Respectfully submitted,

XAVIER BECCERA
Attorney General of California

/s/ *Tara L. Mueller*
TARA L. MUELLER
Deputy Attorney General
*Attorneys for Plaintiff San Francisco Bay Conservation & Development Commission*

SAN FRANCISCO BAYKEEPER

/s/ *Erica A. Maharg*
ERICA A. MAHARG
Managing Attorney
*Attorneys for Plaintiff- Intervenor San Francisco Baykeeper*

UNITED STATES DEPARTMENT OF JUSTICE

/s/ *David B. Glazer*
DAVID B. GLAZER
*Attorneys for Defendants United States Army Corps of Engineers, Todd T. Semonite, John C. Morrow, and Douglas J. LaMont*

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to the foregoing stipulation of the parties, the case management conference is hereby continued to June 29, 2017 at 10:00 am in Courtroom 3. The parties' joint case management statement is due on or before June 22, 2017.

**IT IS SO ORDERED.**

Dated: May 18, 2017

_____
Hon. Richard G. Seeborg
UNITED STATES DISTRICT JUDGE