1  JEFFREY H. WOOD
   Acting Assistant Attorney General
2  U.S. Department of Justice
3  Environment & Natural Resources Section
   NORMAN L. RAVE, JR. (D.C. Bar No. 431602)
4  Environmental Defense Section
   JACQUELINE M. LEONARD (NY Bar No. 5020474)
5  Natural Resources Section
6  P.O. Box 7611
   Ben Franklin Station
7  Washington, D.C. 20044-7611
   Tel: (202) 616-7568
8      (202) 305-0493
9  Email: norman.rave@usdoj.gov
           jacqueline.leonard@usdoj.gov

*Attorneys for Defendants*

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAN FRANCISCO BAY CONSERVATION, AND DEVELOPMENT COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>SAN FRANCISCO BAYKEEPER,<br><br>Plaintifff-Intervenor,<br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendant. | No. 3:16-cv-05420-RS<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY ON MOTION TO COMPLETE AND/OR SUPPLEMENT THE ADMINISTRATIVE RECORD, TO RESCHEDULE THE HEARING ON THE MOTION, AND [~~PROPOSED~~] ORDER** |

XAVIER BECERRA
Attorney General of California
DAVID G. ALDERSON
Supervising Deputy Attorney General
TARA L. MUELLER (State Bar No. 161536)
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0754
Facsimile: (510) 622-2270
Email: Tara.Mueller@doj.ca.gov

MARC A. ZEPPETELLO (State Bar No. 121185)
Chief Counsel
SAN FRANCISCO BAY CONSERVATION AND DEVELOPMENT COMMISSION
455 Golden Gate Avenue, Suite 10600
San Francisco, CA 94102
Telephone: (415) 352-3655
Facsimile: (415) 352-3606
Email: marc.zeppetello@bcdc.ca.gov

*Attorneys for Plaintiff San Francisco Bay Conservation and Development Commission*

ERICA A. MAHARG (State Bar No. 279396)
NICOLE C. SASAKI (State Bar No. 298736)
M. BENJAMIN EICHENBERG (State Bar No. 2790893)
SAN FRANCISCO BAYKEEPER, INC.
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email:  erica@baykeeper.org
        nicole@baykeeper.org
        ben@baykeeper.org

*Attorneys for Plaintiff-Intervenor San Francisco Baykeeper*

Stipulation to Extend Deadline for Plaintiffs' Reply on Motion to Complete and/or Supplement the Administrative Record, to Reschedule the Hearing on the Motion, and [Proposed] Order

1

| | |
|---|---|
| 1 | The parties hereby stipulate to and request that the Court enter the attached Proposed |
| 2 | Order extending the deadline for Plaintiff and Plaintiff-Intervenor's Reply to Defendants' |
| 3 | Response to their Motion to Complete and/or Supplement the Administrative Record and |
| 4 | rescheduling the hearing on that motion. |
| 5 | 1. Pursuant to the Court's Order of October 26, 2017 (ECF No. 62), Plaintiff and |
| 6 | Plaintiff-Intervenor jointly filed a Motion to Complete and/or Supplement the Administrative |
| 7 | Record (ECF No. 64) on March 16, 2018, and Defendants filed their Response (ECF No. 65) on |
| 8 | April 16, 2018. Plaintiff and Plaintiff-Intervenor's Reply is currently due April 30, 2018, and the |
| 9 | hearing on the motion is scheduled for May 17, 2018. ECF No. 62. |
| 10 | 2. Due to a scheduling conflict, counsel for Defendants is unable to attend the scheduled |
| 11 | hearing on May 17. The parties have agreed to request that the Court reschedule the hearing for |
| 12 | June 21, 2018 at 1:30 p.m. |
| 13 | 3. The parties have also agreed to extend the deadline for Plaintiff and Plaintiff- |
| 14 | Intervenor's Reply to Defendants' Response to the Motion to Complete and/or Supplement the |
| 15 | Administrative Record to May 7, 2018. |
| 16 | 4. Accordingly, the parties jointly stipulate and request that the Court enter the attached |
| 17 | Proposed Order providing that the May 17, 2018 hearing is rescheduled to June 21, 2018, and |
| 18 | that the deadline for Plaintiff and Plaintiff-Intervenor's Reply to Defendants' Response is |
| 19 | extended to May 7, 2018. |
| 20 | |
| 21 | |
| 22 | Dated: April 19, 2018 |
| 23 | Respectfully submitted, |
| 24 | UNITED STATES DEPARTMENT OF JUSTICE |
| 25 | JEFFREY H. WOOD |
| 26 | /s/ *Jacqueline M. Leonard* |
| 27 | JACQUELINE M. LEONARD |
| 28 | *Attorney for Defendants* |

Stipulation to Extend Deadline for Plaintiffs' Reply on Motion to Complete and/or Supplement
the Administrative Record, to Reschedule the Hearing on the Motion, and [Proposed] Order

SAN FRANCISCO CONSERVATION & DEVELOPMENT COMMISSION

XAVIER BECCERA
Attorney General of California

/s/ *Tara L. Mueller*
TARA L. MUELLER
Deputy Attorney General
*Attorney for Plaintiff*

SAN FRANCISCO BAYKEEPER

/s/ *Erica A. Maharg*
ERICA A. MAHARG
Managing Attorney
*Attorney for Plaintiff-Intervenor*

Stipulation to Extend Deadline for Plaintiffs' Reply on Motion to Complete and/or Supplement the Administrative Record, to Reschedule the Hearing on the Motion, and [Proposed] Order

3

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The hearing on Plaintiff and Plaintiff-Intervenor's motion to complete and/or supplement the administrative record in this case is rescheduled to June 21, 2018 at 1:30 p.m., and Plaintiff and Plaintiff-Intervenor shall file any reply to Defendants' opposition by May 7, 2018.

Date: 4/19/18

_____
Hon. Richard G. Seeborg
United States District Judge

Stipulation to Extend Deadline for Plaintiffs' Reply on Motion to Complete and/or Supplement the Administrative Record, to Reschedule the Hearing on the Motion, and [Proposed] Order

4