UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SAN FRANCISCO BAY CONSERVATION, AND
DEVELOPMENT COMMISSION,

    Plaintiff,

and

SAN FRANCISCO BAYKEEPER,

    Plaintiff-Intervenor,

v.

U.S. ARMY CORPS OF ENGINEERS, *et al.*

    Federal Defendants.

Case No. 3:16-cv-05420-RS-JCS

[~~PROPOSED~~] ORDER

## [~~PROPOSED~~] ORDER

Pursuant to stipulation and for good cause shown, the briefing schedule and hearing date set forth in this Court's Order of November 5, 2018 (Dkt. No. 83) is hereby vacated. Upon restoration of funding to the Department of Justice, counsel for the Federal Defendants shall notify all parties via email within two business days. Within five business days, the parties shall meet and confer by telephone or email and stipulate to a revised briefing schedule generally consistent with the number of day between briefs identified in Dkt. No. 83.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 1/16/19

RICHARD SEEBORG
United States District Judge