**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAN FRANCISCO BAY CONSERVATION AND DEVELOPMENT COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>SAN FRANCISCO BAYKEEPER,<br><br>Plaintiff-Intervenor.<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; et al.,<br><br>Defendants. | Case No. 3:16-cv-05420-RS-JCS<br><br>[~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |

Pursuant to Magistrate Judge Spero's August 24, 2018 Order (Dkt. No. 78), the parties' joint stipulation regarding the briefing and hearing schedule on their cross-motions for summary judgment, and for good cause shown, the following briefing and hearing schedule, and briefing page limits, are hereby set for Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment:

| | Due Date | Page Limit |
|---|---|---|
| Plaintiff's and Plaintiff-Intervenor's Joint Motion for Summary Judgment | February 13, 2019 | 40 |
| Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment | April 9, 2019<br>(55 days) | 40 |
| Plaintiff's and Plaintiff-Intervenor's Joint Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | May 14, 2019<br>(35 days) | 35 |

1

| | | |
|---|---|---|
| Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment | June 18, 2019 (35 days) | 20 |
| Hearing on Cross-Motions | July 18, 2019 ~~July 12~~, 2019, or a date convenient for the Court | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 2/5/19

*/s/ Richard Seeborg*

RICHARD SEEBORG
United States District Judge